No. 90–9. MCI COMMUNICATIONS CORP. ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.*

No. 90–263. ADAMS ET VIR *v.* LEISURE DYNAMICS, INC., ET AL. C. A. 11th Cir. Motion of respondents for taxation of attorney's fees and costs denied. Certiorari denied.

No. 90–289. F L AEROSPACE CORP. *v.* AETNA CASUALTY & SURETY CO. C. A. 6th Cir. Motion of Mid-America Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–298. PRESBYTERY OF SEATTLE *v.* KING COUNTY, WASHINGTON. Sup. Ct. Wash. Motions of American College of Real Estate Lawyers, Oregonians in Action, and American Farm Bureau Federation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 90–5177. HOOPER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. JUSTICE MARSHALL would grant certiorari.